121 A.3d 954

**Lamarr SISTRUNK, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Taylor Williams, Esq., Thomas L. Kearney, Esq., Superior Court of Penn MD, Common Pleas Court of York and Magistrate Judge Nixon # 19–1–05, Respondents.**

**No. 93 MM 2015.**

Supreme Court of Pennsylvania.

Aug. 19, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Prohibition is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.